YORK MORTGAGE CORPORATION, Appellant, v. NOTLAD CONSTRUCTION CORPORATION and Others, Defendants. KISHNER HOLDING CO., INC., Respondent; NEW YORK TITLE AND MORTGAGE COMPANY, Appellant.— Motion of appellant New York Title and Mortgage Company for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable said appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagerty, Seeger and Carswell, JJ.

ADARAY REALTY CORPORATION, Appellant, v. NATHAN FABER and HARRY FABER, Respondents.— Order and judgment unanimously affirmed, with costs. Although, at the date of the execution of the contract, a large portion of defendants' upland had been lost through encroachment by the ocean, this portion had been restored by having been filled in by the city of New York before the date of closing and there is no evidence in the record to show that defendants' title to the filled-in land was defective. If they had title by grant or otherwise to the lands under water, they would be entitled to fill in or to permit the city to fill in such lands and thus restore the upland. (*Matter of City of New York* [*Main St.*], 216 N. Y. 67, 73.) If defendants had no title to the lands under water, the title thereto would be in the State and they could not acquire title merely by filling it in. As plaintiff failed to show that defendants had no title to the lands under water and that such title was in the State, the judgment was proper. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

EMANUEL AUFIERO, Respondent, v. ADELE AUFIERO and Others, Appellants, Impleaded with AMERICAN TRUST COMPANY, Defendant.— Order denying motion to require plaintiff to separately state and number causes of action and to cancel *lis pendens* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.

BENJAMIN BEYER, Appellant, v. ANNA PARTHEY and PAUL PARTHEY, Respondents.— Order granting temporary injunction modified by extending such injunction so as to prevent defendants from removing the top soil from the demised premises, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.